**UNITED STATES of America, Plaintiff-Appellee, v. John SAVINO, Defendant-Appellant.**

No. 196.

Circuit Court of Appeals, Second Circuit.

May 9, 1932.

David P. Siegel, of New York City (Charles Dickerman Williams, Milton B. Seasonwein, and Max Schultz, all of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (J. Edward Lumbard, Jr., Hubert T. Delany, and Leon Leighton, Asst. U. S. Attys., all of New York City, of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment of conviction affirmed.

---

**UNITED STATES of America, Appellant, v. Warren WARD et al., Appellees.**

No. 6796.

Circuit Court of Appeals, Ninth Circuit.

May 17, 1932.

Anthony Savage, U. S. Atty., and Hamlet P. Dodd, Asst. U. S. Atty., both of Seattle, Wash.

Emil N. Stenberg, D. D. Schneider, A. O. Burmeister, Wesley Lloyd, and Bertil E. Johnson, all of Tacoma, Wash., for appellees.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, and upon authority of opinion of this court in United States v. Knowles' Estate, 58 F.(2d) 718, filed May 9, 1932, it is ordered that the judgment and final order of the said District Court in this cause awarding costs in any manner whatsoever against the appellant be modified by striking therefrom the award of costs, and, as so modified, the said judgment be, and hereby is, affirmed.

---

**UNITED STATES of America ex rel. Joan JEONGALAU v. S. D. SMITH, District Director of Immigration.**

No. 4790.

Circuit Court of Appeals, Seventh Circuit.

May 27, 1932.

William B. Rosczyk, of East Chicago, Ind., for appellant.

Oliver M. Loomis, U. S. Atty., of South Bend, Ind., for appellee.

Before ALSCHULER, PAGE, and ANDERSON, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee it is now here ordered and adjudged by this court that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed. It is further ordered that the mandate of this court in this cause issue forthwith.